**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

v.                                                                               Case No.  8:06-cv-2272-T-30TGW

**GLOBAL MARKETING GROUP, INC.,**
**et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Motion for Reconsideration of Order Granting in Part and Denying in Part the Receiver's Motion for Order Authorizing the Payment of the Receiver's and the Receiver's Counsels' Fees and Expenses for the Period from December 12, 2006 through January 31, 2007 (Dkt. 113), and the Supplemental Declaration of Brick Kane (Dkt. 117).  On June 20, 2007, the Court entered an Order authorizing payment of certain fees and expenses to Robb Evans & Associates LLC (the **"Receiver"**) and its outside counsel.  The Order denied the Receiver's request for payment of travel expenses and fees without prejudice, agreeing to reconsider the Order if the Receiver and/or the Federal Trade Commission could demonstrate why a local receiver could not be appointed in this case.

The Court, having reviewed the motion, incorporated memorandum, supplemental declaration, and supporting documentation, determines that the motion should be granted in

part and denied in part. The Court will authorize reimbursement of the $12,494.01 in travel costs and expenses incurred by the Receiver. The Court will also authorize one half (1/2) of the travel fees incurred as travel time by the Receiver's members and/or employees. The total amount of travel fees so authorized is $7,732.00 (equal to one half (1/2) of the $15,464.00 requested).

It is therefore ORDERED AND ADJUDGED that:

1. The Receiver's Motion for Reconsideration of Order Authorizing the Payment of the Receiver's and the Receiver's Counsels' Fees and Expenses for the Period from December 12, 2006 through January 31, 2007 (Dkt. 113) is **GRANTED in part and DENIED in part** as set forth herein.

2. The Court hereby authorizes payment to Robb Evans & Associates LLC, in the amount of **$20,226.01**, for travel fees and costs incurred in this matter from December 12, 2006 through January 31, 2007.

**DONE** and **ORDERED** in Tampa, Florida on October 18, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-2272.reconsider 113.wpd