**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                                                               Case No.  8:06-cv-2272-T-30TGW

**GLOBAL MARKETING GROUP, INC.,**
**et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Robb Evans & Associates LLC's (the "Receiver") Unopposed Motion for an Order Confirming that the Court's Stipulated Preliminary Injunction Order Entered on January 11, 2007, Constitutes a Final Judgment Permitting the Permanent Receiver to Take Exclusive Custody, Control, and Possession of Defendant Synergy Consulting Services' Assets Wherever Located (Dkt. 140).  The Court, having reviewed the motion and supporting memorandum, and being otherwise fully advised in the premises, determines that it should be granted to the extent it seeks confirmation that the Stipulated Preliminary Injunction Order entered on January 11, 2007, is final and not appealable.

It is therefore ORDERED AND ADJUDGED that:

1.	The Receiver's Motion (Dkt. 140) is **GRANTED**.

2. The Court's Stipulated Preliminary Injunction Order entered on January 11, 2007 (Dkt. 36), is final and conclusive as between the Receiver and Synergy Consulting Services, LLC ("SCS") with respect to the Receiver's right to take possession, custody, and control of the assets, wherever located, of SCS and its subsidiaries, affiliates, and/or divisions, including any such entities operating under fictitious business names. The time period for SCS to appeal the Stipulated Preliminary Injunction Order has expired.

**DONE** and **ORDERED** in Tampa, Florida on March 21, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-2272.mt fj order.frm