UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.                                                 Case No.: 8:06-cv-2272-T-33AEP

GLOBAL MARKETING GROUP,
*et al.*,

    Defendants.
_____/

## ORDER

Before the Court is a Motion for Substitution of Party Pursuant to Fed. R. Civ. P. 25 (Doc. 228). The Motion is unopposed. In the Motion, Larry S. Hyman seeks to replace Jason Daniels as the named Relief Defendant in this case. Mr. Hyman was named the Second Successor Representative in the Stipulated Settlement Agreement, which the Probate Court approved on April 16, 2009. This Court granted two previous unopposed Motions for Substitution (Docs. 189 and 194) and finds that the instant Motion should also be granted.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

(1)     The Motion for Substitution of Party (Doc. 228) is **GRANTED**. The Clerk is directed to substitute Larry S. Hyman for Jason Daniels as Relief Defendant.

(2) The Clerk is directed to send a copy of this Order to counsel for Mr. Daniels.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this <u>13th</u> day of September 2009.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record