# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

Case No.: 8:06-cv-2272-T-33TGW

v.

GLOBAL MARKETING GROUP, INC., *et al.*,

    Defendants, and

LARRY S. HYMAN,
Personal Representative of the
Estate of PHOELICIA DANIELS,

    Relief Defendant.
_____/

U.S. FINANCIAL LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

ROBB EVANS & ASSOCIATES, LLC,
JASON DANIELS, AS GUARDIAN
FOR MVD AND JMD, MINORS,

    Defendants.
_____/

ROBB EVANS & ASSOCIATES, LLC,

    Third Party Plaintiff

v.

LARRY S. HYMAN, Personal Representative
of the Estate of PHOELICIA DANIELS, DECEDENT

    Third Party Defendant.

_____/

# ORDER GRANTING AGREED MOTION TO APPROVE STIPULATION AND FOR ENTRY OF JUDGMENT ON CROSS-CLAIM IN INTERPLEADER ACTION

The "Agreed Motion to Approve Stipulation and for Entry of Judgment on Cross-Claim Interpleader Action" (Doc. 230, the "Motion") filed by Robb Evans & Associates is before the Court for consideration. For the reasons stated in the Motion and with the consent of the Parties, accordingly, it is:

**ORDERED, ADJUDGED** and **DECREED** that:

1. The Motion (Doc. 230) is **GRANTED**. The Stipulation entered into by the Receiver and the Successor Representative is approved.

2. This Order shall be final and non-appealable upon its entry.

3. The Clerk shall enter a final non-appealable judgment on the Receiver's cross-claim in the Interpleader Action in favor of the Receiver and against the Second Successor Representative, dismissing the counterclaim filed by the Successor Representative with prejudice, and providing that each party shall bear its own attorney's fees and costs.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of October 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

James H. Davis, Esq.  
Federal Trade Commission  
55 E. Monroe Street, Suite 1860  
Chicago, IL 60603

Ira N. Rubin, pro se  
900 Gulf Blvd., #404  
Indian Rocks Beach, FL 33785

Philip J. Foley, Esq. and  
Timon V. Sullivan, Esq.  
Ogden & Sullivan, P.A.  
113 S. Armenia Ave.  
Tampa, FL 33609

Hector E. Lora, Esq.  
Cove & Associates, P.A.  
225 S. 21st Ave.  
Hollywood, FL 33020

Carl Francis Schoeppl, Esq.  
Schoeppl & Burke, PA  
4651 N. Federal Hwy  
Boca Raton, FL 33431-5133

John Anthony, Esq.  
Cheryl Thompson, Esq.  
Anthony & Partners, LLC  
201 N. Franklin Street #1670  
Tampa, Florida 33602

Johanne Valois, S. Boatscall, Esq.  
William C. Boatscall, Esq.  
Adams and Reese LLP  
111 E. Capitol St., Suite 350  
Jackson, MS 39201  
Tampa, FL 33602

The Law Offices of Johanne Valois, P.A.  
514 N. Franklin Street, Suite 205

Craig A. Welin, Esq.  
Frandzel Robins Bloom & Csato, L.C.  
6500 Wilshire Blvd., 17th Floor  
Los Angeles, CA 90048-4920

Herbert R. Donica, Esq.  
Donica Law Firm, P.A.  
106 South Tampania Avenue, Suite 250  
Tampa, Florida 33609