UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

GLOBAL MARKETING GROUP,
INC., *et al.*,

    Defendants, and

LARRY S. HYMAN,
Personal Representative of the
Estate of PHOELICIA DANIELS,

    Relief Defendant.
_____/

Case No.: 8:06-cv-2272-T-33TGW

U.S. FINANCIAL LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

ROBB EVANS & ASSOCIATES, LLC,
JASON DANIELS, AS GUARDIAN
FOR MVD AND JMD, MINORS,

    Defendants.
_____/

ROBB EVANS & ASSOCIATES, LLC,

    Third Party Plaintiff

v.

LARRY S. HYMAN, Personal Representative
of the Estate of PHOELICIA DANIELS, DECEDENT

    Third Party Defendant.
_____/

**ORDER GRANTING AGREED MOTION TO BORROW**

Before the Court is the "Agreed Motion to Borrow" (Doc. 234, the "Motion") filed by Robb Evans & Associates, as permanent receiver for Ira Rubin and others (the "Receiver") and Larry S. Hyman, as second successor personal representative (the "Second Successor Representative") for the estate of Phoelicia Daniels (the "Probate Estate"), also referred to as the "Parties." For the reasons stated in the Motion and with the consent of the Parties, accordingly, it is:

**ORDERED**, **ADJUDGED** and **DECREED** that:

1. The Motion (Doc. 234) is **GRANTED**.

2. The Court hereby authorizes the Receiver to loan monies generated in its receivership in the above-referenced action to the Probate Estate on the terms and conditions set forth in the Motion.

3. The Second Successor Representative shall comply with terms and conditions set forth in the Motion.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of October 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| James H. Davis, Esq.<br>Federal Trade Commission<br>55 E. Monroe Street, Suite 1860<br>Chicago, IL 60603 | Ira N. Rubin, pro se<br>900 Gulf Blvd., #404<br>Indian Rocks Beach, FL 33785 |
| Philip J. Foley, Esq. and<br>Timon V. Sullivan, Esq.<br>Ogden & Sullivan, P.A.<br>113 S. Armenia Ave.<br>Tampa, FL 33609 | Hector E. Lora, Esq.<br>Cove & Associates, P.A.<br>225 S. 21st Ave.<br>Hollywood, FL 33020 |
| Carl Francis Schoeppl, Esq.<br>Schoeppl & Burke, PA<br>4651 N. Federal Hwy<br>Boca Raton, FL 33431-5133 | John Anthony, Esq.<br>Cheryl Thompson, Esq.<br>Anthony & Partners, LLC<br>201 N. Franklin Street #1670<br>Tampa, Florida 33602 |
| William C. Brabec, Esq.<br>Adams and Reese LLP<br>111 E. Capitol St., Suite 350<br>Jackson, MS 39201 | Johanne Valois-Shoffstall, Esq.<br>The Law Offices of Johanne Valois, P.A.<br>514 N. Franklin Street, Suite 205<br>Tampa, FL 333602 |
| Craig A. Welin, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048-4920 | Herbert R. Donica, Esq.<br>Donica Law Firm, P.A.<br>106 South Tampania Avenue, Suite 250<br>Tampa, Florida 33609 |