UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

 Plaintiff,

v.

Case No.: 8:06-cv-2272-T-33TGW

GLOBAL MARKETING GROUP, INC., *et al.*,

 Defendants, and

LARRY S. HYMAN,
Personal Representative of the
Estate of PHOELICIA DANIELS,

 Relief Defendant.
_____/

U.S. FINANCIAL LIFE INSURANCE
COMPANY,

 Plaintiff,

v.

ROBB EVANS & ASSOCIATES, LLC,
JASON DANIELS, AS GUARDIAN
FOR MVD AND JMD, MINORS,

 Defendants.
_____/

ROBB EVANS & ASSOCIATES, LLC,

 Third Party Plaintiff

v.

LARRY S. HYMAN, Personal Representative
of the Estate of PHOELICIA DANIELS,

    Third Party Defendant.
_____/

## **ORDER GRANTING RELEASE OF FUNDS IN COURT REGISTRY**

Before the Court is the "Agreed Motion for Release of Funds in Court Registry" (Doc. 237, the "Motion") filed by Robb Evans & Associates, LLC (the "Receiver"), as permanent receiver for Ira Rubin ("Rubin) and others, Larry S. Hyman (the "Second Successor Representative") as second successor representative of the estate of Phoelicia Daniels (the "Decedent") as substituted Relief Defendant and Third Party Interpleader Defendant, and Jason Daniels as former personal representative of the Decedent's probate estate and as guardian for MVD and JMD Minors (the "Minors"), in this consolidated action (the "Successor Representative") (collectively, the "Parties"), by and through their undersigned counsel. For the reasons stated in the Motion and with the consent of the Parties, accordingly, it is:

**ORDERED, ADJUDGED** and **DECREED** that:

1. The Motion (Doc. 237) is **GRANTED**.

2. This Order shall be final and non-appealable upon its entry.

3. The Clerk is directed to immediately remit $42,080.54 of the funds held by the Clerk in connection with this case to the successor Representative by check made payable to the Law Offices of Johanne Valois, P.A. Trust Account and to be mailed to the Law Offices of Johanne Valois, P.A., Att'n: Johanne Valois-Shoffstall, Esquire, 514 N.

Franklin Street, Suite 205, Tampa, Florida 33602.

4. The Clerk is directed to remit the remaining funds to the Receiver by check made payable to Robb Evans & Associates, LLC, as Permanent Receiver for Ira Rubin, and to be mailed to Rob Evans & Associates, LLC, Att'n: Kenton Johnson, 11450 Sheldon Street, Sun Valley, CA 91352-1121.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of October 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| James H. Davis, Esq.<br>Federal Trade Commission<br>55 E. Monroe Street, Suite 1860<br>Chicago, IL 60603 | Ira N. Rubin, pro se<br>900 Gulf Blvd., #404<br>Indian Rocks Beach, FL 33785 |
| Philip J. Foley, Esq. and<br>Timon V. Sullivan, Esq.<br>Ogden & Sullivan, P.A.<br>113 S. Armenia Ave.<br>Tampa, FL 33609 | Hector E. Lora, Esq.<br>Cove & Associates, P.A.<br>225 S. 21st Ave.<br>Hollywood, FL 33020 |
| Carl Francis Schoeppl, Esq.<br>Schoeppl & Burke, PA<br>4651 N. Federal Hwy<br>Boca Raton, FL 33431-5133 | John Anthony, Esq.<br>Cheryl Thompson, Esq.<br>Anthony & Partners, LLC<br>201 N. Franklin Street, Suite 1670<br>Tampa, Florida 33602 |
| William C. Brasted, Esq.<br>Adams and Reese LLP<br>111 E. Capitol St., Suite 350<br>Jackson, MS 39201 | Johanne Valois, Esq.<br>The Law Offices of Johanne Valois, P.A.<br>514 N. Franklin Street, Suite 205<br>Tampa, FL 33602 |
| Craig A. Welin, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048-4920 | Herbert R. Donica, Esq.<br>Donica Law Firm, P.A.<br>106 South Tampania Avenue, Suite 250<br>Tampa, Florida 33609 |