```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.                            Case No. 8:06-cv-2272-T-33AEP

GLOBAL MARKETING GROUP, INC., et al.,

        Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the unopposed motion of Permanent Equity Receiver Robb Evans & Associates, LLC (Doc. # 259), which was filed on April 8, 2011. The Receiver requests an order authorizing it to distribute $900,000 of the receivership estate assets to the Federal Trade Commission. The Receiver submits that this distribution would partially satisfy the final judgments against all Corporate Defendants and Defendant Ira Rubin, in favor of the Federal Trade Commission. The Federal Trade Commission consents to the requested relief. (Doc. # 259 at 9).

After careful consideration, the Court grants the Motion. The Receiver is hereby authorized to immediately distribute $900,000 of the receivership estate funds to the Federal Trade Commission in partial satisfaction of the final judgments.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The Receiver is hereby authorized to immediately distribute $900,000 of the receivership estate funds to the Federal Trade Commission in partial satisfaction of the final judgments.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>11th</u> day of April, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record